USDC KYWD (v 10.VC.1) 245B (12/04) Sheet 2 - Imprisonment

Judgment-Page 3 of 7

**FILED**
JEFFREY A. APPERSON, CLERK
AUG - 5 2008
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

DEFENDANT: **BINKLEY, TIMOTHY JAMES**
CASE NUMBER: **5:07-CR-22-01-R**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 121 months as to Count 1 in the Indictment.

[X] The Court makes the following recommendations to the Bureau of Prisons:
That a facility be designated wherein the Defendant may be placed in a comprehensive drug treatment program and be placed in a facility that is near his family.

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at     A.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

[ ] The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on **07/31/08** To **FMC**
at **Lexington Ky** with a certified copy of this judgment.

_Stephen M. Dewalt, Warden_
UNITED STATES MARSHAL

By _Myers_
Deputy U.S. Marshal